IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01868-MEH

ALBERT L. GALICH,

    Plaintiff,

v.

SEARS HOLDING,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2016**.

    Plaintiff's Unopposed Motion to Amend Scheduling Order Regarding Joinder/Amendment Deadline [filed January 21, 2016; docket #31] is **granted in part** and **denied in part**. Because of the posture of this case, the Court has not had a scheduling conference or adopted the Proposed Scheduling Order filed by Plaintiff (then *pro se*) on December 28, 2015. The Court converted the scheduling conference to a status conference [*see* docket #13] and instructed Defendant to review Plaintiff's Proposed Scheduling Order and prepare inserts to it [*see* docket #24].[1] At the Status Conference, despite the lack of a finalized scheduling order from parties, the Court set initial deadlines, one of which was a January 25, 2016 deadline for the joinder of parties and amendment of pleadings. Since that status conference, the Clerk of Court has appointed Plaintiff counsel, as ordered by the Court. *See* dockets ##26, 29-30.

    With that background, the Court thus **grants** the present Motion to extend the deadline for joinder of parties and amendment of pleadings to **February 8, 2016**. However, the Court **denies** the Motion to the extent it requests an amendment to the scheduling order, which in fact has not been formally issued.

    Furthermore, the Court will hold a Status Conference on **February 1, 2016**, at **10:30 a.m.** to discuss scheduling issues and determine whether a formal scheduling conference should be set in this case. Parties may appear telephonically by first teleconferencing together and then calling Chambers at (303) 844-4507.

---

[1] A review of the docket shows the Proposed Scheduling Order filed December 28, 2015 still appears to have deficiencies, including many sections not completed by Plaintiff.