IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01868-MEH

ALBERT L. GALICH,

    Plaintiff,

v.

SEARS HOLDING,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2016**.

    For good cause shown, Plaintiff's Unopposed Motion to Withdraw Consent to the Jurisdiction of Magistrate Judge Hegarty [filed January 26, 2016; docket #36] is **granted**. Plaintiff's consent to this Court's jurisdiction (dockets ## 18, 20) is hereby **withdrawn**. The Court directs the Clerk of the Court to reassign this case under D.C. Colo. LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c).