IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01868-RPM

ALBERT L. GALICH,

      Plaintiff,

v.

SEARS HOLDING,

      Defendant.

_____

ORDER TO FILE AMENDED COMPLAINT
_____

      This civil action was initiated by a *pro se* complaint filed on August 28, 2015. The case was referred to a magistrate judge and counsel appeared for the plaintiff by notices filed on January 20, 2016. An answer had been filed on December 21, 2015, to the *pro se* complaint. This case was assigned to me today. To proceed further an amended complaint is required. Accordingly, it is

      ORDERED that counsel shall file an amended complaint on or before February 15, 2016.

      DATED: January 28th, 2016

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge