IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01868-RPM

ALBERT L. GALICH,

    Plaintiff,

v.

SEARS HOLDING CORPORATION and
SEARS, ROEBUCK AND COMPANY,

    Defendants.

_____

ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT
_____

    Upon consideration of the plaintiff's motion to file a second amended complaint (Doc. 58), it is

    ORDERED that the motion is granted, the second amended complaint is filed, the defendants' motion to dismiss under Rule 12(b)(6) is denied and the defendants will answer the second amended complaint.  The motion to set a scheduling conference (Doc. 61) is denied as not consistent with this Court's case management procedures.

    DATED:   April 27,  2016

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge